IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANDINGO BOOBYYAA,

    Plaintiff,
v.                                                      CASE NO. 5:12-cv-403-SPM-GRJ

KENNETH TUCKER, et al.

    Defendants.
_____/

**O R D E R**

Plaintiff, a Florida prisoner presently confined at Jackson Correctional Institution, initiated this case by filing a handwritten document styled "Petitioner for Writ of Mandamus," Doc. 1, and a motion for leave to proceed as a pauper, Doc. 2. A review of the "petition" reflects that the claims are properly raised in a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff contends that his constitutional rights have been violated due to threats of harm he has received from other inmates, and prison officials' refusal to place him in protective custody. Plaintiff will be required to complete the Court's civil rights complaint form before the Court undertakes further review of his claims. Plaintiff's motion for leave to proceed as a pauper is deficient because Plaintiff failed to complete a prisoner consent and financial certificate and failed to submit a copy of his six-month account statement.

Accordingly, it is **ORDERED:**

1. The **Clerk** shall correct the docket to reflect that this case is filed pursuant to 42 U.S.C § 1983.

2. A ruling on the motion for leave to proceed as a pauper, Doc. 2, is **DEFERRED.**

3.  The **Clerk** shall send Plaintiff a blank complaint form and a prisoner consent and financial certificate.  Plaintiff shall file an Amended Complaint, the prisoner consent, and a certified copy of his six-month account statement **on or before January 28, 2012.**

4.  Failure to comply with this Order within the allotted time will result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 28th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge